**DISMISS and Opinion Filed August 30, 2024**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00444-CV

**JASON WALLACE, Appellant**
**V.**
**RETREAT AT LAKE HIGHLANDS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-01713-C**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Appellant's brief in this appeal is overdue. By postcard dated August 9, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240444F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JASON WALLACE, Appellant

No. 05-24-00444-CV          V.

RETREAT AT LAKE
HIGHLANDS, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-24-01713-C.

Opinion delivered by Chief Justice Burns. Justices Molberg and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered August 30, 2024